JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAROLINA DEL CARMEN GARCIA, | ) Case No. 2:25-cv-06708-AS<br>)<br>) **[PROPOSED]** |
| Plaintiff, | ) **JUDGMENT** |
| vs. | )<br>) |
| FRANK BISIGNANO,<br>Commissioner of Social Security, | )<br>)<br>) |
| Defendant. | )<br>) |

The Court hereby approves the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to Remand") lodged with this Judgment of Remand, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the Stipulation to Remand.

DATED: November 12, 2025

_____
/ s / Sagar
HON. ALKA SAGAR
UNITED STATES MAGISTRATE JUDGE